# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-04-00502-CV

Stanley Ronald Dubiel and Connie E. Dubiel, Appellants

v.

Wells Fargo Bank Texas, N.A., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. GN102766, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion and an amended motion to dismiss their appeal, stating they have settled their dispute with appellee. We dismiss the original motion, grant the amended motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed: January 27, 2005